UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

******************************************************************************

| | | |
|---|---|---|
| NORTH AMERICAN COMMUNICATIONS, INC.; MICHAEL HERMAN; ROBERT PALTROW; and SUSAN BENDER; | * * * * * | CIV. 10-mc-56 |
| Plaintiffs | * * | ORDER |
| -vs- | * * | |
| UNITED STATES OF AMERICA; DOUGLAS SHULMAN, Commissioner of Internal Revenue; and PEBBLE A. BULVIN-ALBERTELLI, Revenue Agent; | * * * * * | |
| Defendants. | * * | |

******************************************************************************

The Magistrate Judge issued a Report and Recommendation recommending that the Petition to Quash Summons (Doc. 1) be denied and the Motion to Dismiss (Doc. 13) be granted. No objections were filed to the Report and Recommendation of Judge Simko dated September 24, 2010. After conducting an independent review of the record, the Court agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED that:

1. The Report and Recommendation (Doc. 18) is ADOPTED.

2. The Petition to Quash Summons (Doc. 1) is DENIED.

3. The Motion to Dismiss (Doc. 13) is GRANTED.

4. This miscellaneous case is closed, each party to pay their own costs.

Dated this 13th day of October, 2010.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Court

ATTEST:
JOSEPH HAAS, CLERK
By Summer Wahpat
   Deputy